ILND 450 (Rev. 04/29/2016) Judgment in a Civil Action

# IN THE UNITED STATES DISTRICT COURT
# FOR THE
# NORTHERN DISTRICT OF ILLINOIS

Plaintiff(s),

v.

Defendant(s).

Case No.

Judge

## AMENDED JUDGMENT IN A CIVIL CASE

Judgment is hereby entered (check appropriate box):

   in favor of plaintiff(s)
   and against defendant(s)
   in the amount of $

    which ☐ includes    pre–judgment interest.
         does not include pre–judgment interest.

Post-judgment interest accrues on that amount at the rate provided by law from the date of this judgment.

Plaintiff(s) shall recover costs from defendant(s).

---

   in favor of defendant(s)
   and against plaintiff(s)

Defendant(s) shall recover costs from plaintiff(s).

---

   other:

This action was *(check one)*:

 tried by a jury with Judge           presiding, and the jury has rendered a verdict.
 tried by Judge           without a jury and the above decision was reached.
 decided by Judge           on a motion

Date:           Thomas G. Bruton, Clerk of Court

                   , Deputy Clerk